JOHNS *v.* LAY-HALL GROCERY COMPANY.
RALSTON *v.* LAY-HALL GROCERY COMPANY.

GILBERT, J. 1. The plaintiff in fi. fa. failed to carry the burden of proof. The evidence was insufficient to support the verdict. The court erred in refusing a new trial.

2. None of the grounds of amendment to the motion for new trial show error. *Judgments reversed. All the Justices concur.*

Nos. 7605, 7606. APRIL 19, 1930.

*F. A. Cantrell* and *J. H. Paschall,* for plaintiffs in error.
*Joseph M. Lang,* contra.